# Law Office of Shmuel Klein, PC

Attorneys and Counselors at Law

113 Cedarhill Ave.

Mahwah, New Jersey 07430

(201) 529-3411

**Shmuel Klein, admitted in New Jersey**                    E-mail:  **shmuel.klein@verizon.net**

_____

February 17, 2010

Janine Vansant
Marie-Anne Greenberg
Chapter 13 Trustee
30 Two Bridges Road, Suite 330
Fairfield, NJ 07004

Re: Doxinette Richards 09-48835

Dear Ms. Vansant,

This correspondence confirms our conversation this morning in which you stated that if the debtor's Chapter 13 Plan including motions to avoid and reclassify liens is served upon all mortgagees, a separate motion is not necessary. The debtors chapter 13 plan has been amended as you requested, and served on all mortgagees.

This correspondence is also confirming that the confirmation hearing for the debtor has been adjourned from March 4, 2010 to April 15, 2010 at 9:00 am

Should you have any further questions or concerns please feel free to call the office during business hours.

Very truly yours,

LAW OFFICES OF SHMUEL KLEIN, PC

By:  _/s/Barbara Adu- Gyamfi_____
        Barbara Adu- Gyamfi, Legal Assistant