**FEIN, SUCH, KAHN & SHEPARD, PC.**
Counsellors at Law
7 Century Drive - Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for Secured Creditor
MELISSA N. LICKER, ESQ. (ML-5973)
AD2586

| | |
|---|---|
| IN RE:<br><br>DOXINETTE RICHARDS,<br><br>  Debtor. | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Chapter: 13<br><br>Case No. 09-44835 MS<br><br>**NOTICE OF MOTION TO VACATE AUTOMATIC STAY** |

                                     Hearing Date: May 6, 2010

TO:  SHMUEL KLEIN
     LAW OFFICE OF SHMUEL KLEIN
     113 CEDARHILL AVENUE
     MAHWAH, NJ 07430
     Debtor's Attorney

     MARIE-ANN GREENBERG, ESQ.
     30 TWO BRIDGES ROAD
     SUITE 330
     FAIRFIELD NJ 07004
     Trustee in Bankruptcy

     DOXINETTE RICHARDS
     49 UNION AVENUE
     IRVINGTON, NJ 07111
     Debtor

   PLEASE TAKE NOTICE that on the 6TH day of May, 2010 at 11:00 a.m., in the forenoon or as soon thereafter as counsel may be heard, the undersigned, attorneys for the secured creditor, CHASE HOME FINANCE, LLC as servicer for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR J.P. MORGAN MORTGAGE ACQUISITION TRUST 2006-NC1, ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-NC1, will

move before United States Bankruptcy Judge, Honorable Morris Stern, 50 Walnut Street, Newark, NJ 07102, for an Order Vacating the Automatic Stay, with respect to the Debtor's property located at <u>314 UNION AVE, IRVINGTON, NJ 07111</u>, and allowing CHASE HOME FINANCE, LLC as servicer for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR J.P. MORGAN MORTGAGE ACQUISITION TRUST 2006-NC1, ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-NC1, to continue with its foreclosure action, by reason of the Debtor's failure to make the regular monthly payments outside of the Chapter 13 Plan.

Dated: April 14, 2010          **FEIN, SUCH, KAHN & SHEPARD, PC.**
                               Attorneys for Secured Creditor,
                               **CHASE HOME FINANCE, LLC**

                               By: <u>/S/ MELISSA N. LICKER, ESQ.</u>