**FEIN, SUCH, KAHN & SHEPARD, PC.**
Counsellors at Law
7 Century Drive - Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for Secured Creditor
MELISSA N. LICKER, ESQ. (ML-5973)
AD2586

| | |
|---|---|
| IN RE:<br><br>DOXINETTE RICHARDS,<br><br>  Debtor. | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY<br><br>Chapter : 13<br><br>Case No. 09-44835 MS<br><br>**CERTIFICATION BY MORTGAGEE (Default in Chapter 13 Payments Outside of Plan)** |

  Hearing Date: May 6, 2010

    I, Jamie Downey, hereby deposes and says:

    1.   I am the Supervisor of CHASE HOME FINANCE, LLC as servicer for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR J.P. MORGAN MORTGAGE ACQUISITION TRUST 2006-NC1, ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-NC1.

    2.   Date Debtor's petition was filed on December 28, 2009.

    3.   (a)  Amount of Debtor's monthly mortgage payment **$2,958.02 (01/10 - 02/10) and $2,886.21 (03/10 - 04/10).**

        (b)  Amount of monthly late charges **$0.00.**

        (c)  Total monthly payment including late charge **$2,958.02 (01/10 - 02/10) and $2,886.21 (03/10 - 04/10).**

    4.   The Debtor has not made any post-petition payments to the Secured Creditor.

    5.   Debtor should have made 4 payments outside of the plan

since the date of the filing petition.

    6.   Since the date of the filing, Debtor has made <u>0</u> payments.

    7.   Debtor is behind <u>4</u> months in payments outside of the plan, through the payment due April 01, 2010.

    8.   The total amount of delinquency outside of the plan is <u>$11,688.46.</u>  That amount is computed in the following manner:

$2,958.02 x 2 = $5,916.04 (01/10 - 02/10 Monthly payments)

$2,886.21 x 2 = $5,772.42 (03/10 - 04/10 Monthly payments)

    9.   The figures contained in this certification are current as of payment received on or before April 9, 2010.

    10.   Attached are true copies of the documents.

    11.   I hereby certify that the foregoing statements made by me and the attached Local Form 16 are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: April 12, 2010                    <u>/s/ Jamie Downey</u>

```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

FEIN, SUCH, KAHN & SHEPARD PC
Counsellors at Law
7 Century Drive - Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for Secured Creditor
AD2586
```

| In Re: | Case No.: 09-44835 MS |
|---|---|
| DOXINETTE RICHARDS, | Adv. No.: |
| Debtor. | Hearing Date: May 6, 2010 |
|  | Judge: Honorable Morris Stern |

**CERTIFICATION RE CALCULATION OF AMOUNTS DUE
NOTE AND MORTGAGE**

<u>Jamie Downey</u> of full age, as <u>Supervisor</u> by CHASE HOME FINANCE, LLC as servicer for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR J.P. MORGAN MORTGAGE ACQUISITION TRUST 2006-NC1, ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-NC1, hereby certifies the following information:

Recorded <u>on September 13, 2006</u> in ESSEX County, in Book 11506 at Page 850

Property Address: <u>314 UNION AVE, IRVINGTON, NJ 07111</u>

Mortgage Holder: CHASE HOME FINANCE, LLC as servicer for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR J.P. MORGAN MORTGAGE ACQUISITION TRUST 2006-NC1, ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-NC1

**I. PAYOFF STATEMENT**

Unpaid Principal Balance _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ $ 283,937.61

Interest _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ $16,941.60

Estimated Escrow Advances _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ $ 1,721.80

Escrow Advance _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ $ 2,565.31

Recording Fee _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ $ 40.00

Late Charges _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ $ 1,101.70

Corporate Advances _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ $ 612.00

   TOTAL DUE AS OF  04/30/10  _ _ _ _ _ _ _ _ _ _ _ $ 306,920.02


**II. EQUITY ANALYSIS (When Appropriate)**

Estimated fair market value of real estate(as of 12/28/09) $200,000.00*

Liens on the real estate:

  1. Real estate taxes as of _____ $_____

  2. First Mortgage

    as of     04/30/10       $ 306,920.02

  3. Second Mortgage

    as of _____ $_____

  4. Other(specify on separate exhibit)  $(broker's fee)

    **TOTAL LIENS** _ _ _ _ _ _ _ _ _**($306,920.02)**

    **APPARENT EQUITY AS OF  04/09/10  _ _ _$      0      ****

*Source: Schedule A (e.g. appraisal, tax bill/assessment, contract of sale, debtor's schedules, etc.)

**If negative, insert zero(0).


I certify under penalty of perjury that the foregoing is true and correct.


Dated: April 12, 2010        /s/ Jamie Downey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>**FEIN, SUCH, KAHN & SHEPARD PC**<br>Counsellors at Law<br>7 Century Drive - Suite 201<br>Parsippany, New Jersey 07054<br>(973) 538-9300<br>Attorneys for Secured Creditor<br>AD2586 | |
| In Re:<br><br>DOXINETTE RICHARDS,<br><br> Debtor. | Case No.: 09-44835 MS<br><br>Adv. No.:<br><br>Hearing Date: May 6, 2010<br><br>Judge: Honorable Morris Stern |

**CERTIFICATION RE POST PETITION PAYMENT HISTORY
ON THE NOTE AND MORTGAGE**

Jamie Downey of full age, as Supervisor by CHASE HOME FINANCE, LLC as servicer

for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR J.P. MORGAN MORTGAGE ACQUISITION

TRUST 2006-NC1, ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-NC1, hereby

certifies the following information:


Recorded on September 13, 2006 in ESSEX County, in Book 11506 at Page 850

Property Address: 314 UNION AVE, IRVINGTON, NJ 07111

Mortgage Holder: CHASE HOME FINANCE, LLC as servicer for U.S. BANK NATIONAL
ASSOCIATION, AS TRUSTEE FOR J.P. MORGAN MORTGAGE ACQUISITION TRUST 2006-NC1, ASSET
BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-NC1

Mortgagors/Debtors: DOXINETTE RICHARDS

POST PETITION PAYMENTS (Petition filed on 12/28/09)

| Amount Due | Date Payment Was Due | How Payment Was Applied (Mo/Yr) | Amount Received | Date Payment Received | Check or Money Order Number |
|---|---|---|---|---|---|
| 1. $2,958.02 | 01/01/10 | n/a | -0- | n/a | n/a |
| 2. $2,958.02 | 02/01/10 | n/a | -0- | n/a | n/a |
| 3. $2,886.21 | 03/01/10 | n/a | -0- | n/a | n/a |
| 4. $2,886.21 | 04/01/10 | n/a | -0- | n/a | n/a |
|  |  |  |  |  |  |
| TOTAL |  |  |  |  |  |

[Continue on attached sheets if necessary]

*MONTHLY PAYMENTS PAST DUE: 2 x $2,958.02 = $5,916.04 (01/10 - 02/10 Monthly payments) and 2 x $2,886.21 = $5,772.42 (03/10 - 04/10 Monthly payments); (MONTHLY PAYMENTS) = $11,688.46 AS OF April 9, 2010.

Each Monthly Payment is comprised of:
(Attach sheets if payment amounts varies from figures set forth below)

    Principal & Interest ..........$2,203.38
    Escrow........................$682.83
    Shortage......................$71.81
    Total ........................$2,958.02

    Principal & Interest ..........$2,203.38
    Escrow........................$682.83
    Total ........................$2,886.21

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary):

_____

_____


I certify under penalty of perjury that the foregoing is true and correct.


Dated: April 12, 2010                                  /s/ Jamie Downey___