Form 185 – ntc13plnafter

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 09–44835–MS
Chapter: 13
Judge: Morris Stern

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Doxinette Richards
49 Union Place
Irvington, NJ 07111

Social Security No.:
xxx–xx–0122

Employer's Tax I.D. No.:

**NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
AND NOTICE OF HEARING THEREON**

Notice is hereby given that a Plan was confirmed in this matter on March 11, 2011.

on 8/26/11 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Morris Stern on:

Date: October 6, 2011
Time: 10:00 AM
Location: Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: August 26, 2011
JJW: dmc

James J. Waldron
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                               Case No. 09-44835-MS
Doxinette Richards                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: dchrzano        Page 1 of 1        Date Rcvd: Aug 26, 2011
                            Form ID: 185          Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2011.
```
db         +Doxinette Richards,    49 Union Place,    Irvington, NJ 07111-1736
smg        +U.S. Attorney,    970 Broad St.,    Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2523
510336791  +CITIBANK,    PO BOX 22828,    Rochester, NY 14692-2828
510336789  +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
510336790   Chase Manhattan Mortgage,    1790 Rancho Bernardo,    San Diego, CA 92127
510395258  +Citibank NA as trustee for The Student Loan Corp.,    On behalf of NJ Higher Ed. Student Asst.,
             NJ Higher Ed. Student Assist. Authority,    Po Box 548,    Trenton, NJ 08625-0548
510336794  +MCYDSNB,    9111 DUKE BLVD,    Mason, OH 45040-8999
510336795  +PNC BANK,    103 BELLEVUE PKWY,    Wilmington, DE 19809-3701
510438350  +PNC Bank,    2730 Liberty Ave.,    Pittsburgh, PA 15222-4747
510462770  +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,    c/o Sears MC,
             POB 41067,    NORFOLK VA 23541-1067
510336796  +Sears/CBSD,    P.O.Box 6189,    Sioux Falls, SD 57117-6189
510336797  +Wells Fargo Home Mortgage,    MAC X7801-03K,    3476 Stateview Blvd,    Fort Mill, SC 29715-7203
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 26 2011 20:39:01     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
510512281    E-mail/PDF: BNCEmails@blinellc.com Aug 26 2011 22:41:31     CR Evergreen, LLC,    MS 550,
              PO Box 91121,    Seattle, WA 98111-9221
510346875    E-mail/PDF: mrdiscen@discoverfinancial.com Aug 26 2011 23:01:37     DISCOVER BANK,
              DFS Services LLC,    PO Box 3025,    New Albany, Ohio 43054-3025
510336792   +E-mail/PDF: mrdiscen@discoverfinancial.com Aug 26 2011 23:01:37     Discover Fin Svcs LLC,
              POB 15316,    Wilmington, DE 19850-5316
510746592    E-mail/PDF: gecsedi@recoverycorp.com Aug 26 2011 22:31:35     GE Consumer Finance,
              For GE Money Bank,    dba P C RICHARD & SON/GEMB,    PO Box 960061,    Orlando FL 32896-0661
510336793   +E-mail/PDF: gecsedi@recoverycorp.com Aug 26 2011 22:31:35     GEMB/PC RICHARDS,    PO BOX 981439,
              El Paso, TX 79998-1439
                                                                                              TOTAL: 6
```
```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
510474975    Chase Home Finance, Llc as Servicer for U.s. Bank
510367654    Deutsche Bank National Trust Company, as Trustee f
cr*         +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
                                                                                   TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 28, 2011**          **Signature:** _/s/ Joseph Speetjens_